ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
    OF MARYLAND                  COURT OF APPEALS

    \*     OF MARYLAND

    \*     Misc. Docket AG No. 33

v.

    \*     September Term, 2019

JOHN WINFIELD TURNER

    \*

## ORDER

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, John Winfield Turner, to disbar the Respondent from the practice of law pursuant to Maryland Rule 19-736 for violations of Rules 8.4 (a), (b) and (d) of the Maryland Attorneys' Rules of Professional Conduct, and the record herein, it is this <u>24th</u> day of <u>October</u> 2019,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, John Winfield Turner, be, and he hereby is, disbarred from the practice of law in the State of Maryland, effective immediately; and it is further

ORDERED, that the Clerk of this Court shall strike the name of John Winfield Turner from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk